IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**HEATHER HOLT**                                                                                    **PLAINTIFF**

VS.                               No. 3:21-cv-00012 PSH

**KILOLO KIJAKAZI, Acting Commissioner,**
   **Social Security Administration**                                          **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is dismissed with prejudice.

IT IS SO ORDERED this 7th day of April, 2022.

_____
UNITED STATES MAGISTRATE JUDGE